UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JEAN E. POIRIER,
Plaintiff

v.                                    C.A. No. 06-376-T-DLM

JO ANNE B. BARNHART
COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,
Defendant

O R D E R

   This matter is hereby referred to Magistrate Judge David L. Martin for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

ENTER:                                BY ORDER:

_____               _____
Ernest C. Torres                      Deputy Clerk
Chief Judge
Dated: 12/12/06