UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JEAN E. POIRIER

          v.                     CA No. 06-376-T

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY

### ORDER

    Defendant's Assented-to Motion for Voluntary Remand under Sentence Four of 42 U.S.C. § 405(g) (Document No. 5) is hereby granted.

                                        By Order

                                        /s/ _____
                                        Deputy Clerk

ENTER:

/s/ _____
Ernest C. Torres
Sr. U.S. District Judge

Date: 2/14/07